No. 131. UNITED STATES *v.* LOCAL 807 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL.; and

No. 132. LOCAL 807 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL. *v.* UNITED STATES. October 13, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. *Solicitor General Biddle* for the United States. *Messrs. Louis B. Boudin, Edward C. Maguire,* and *James D. C. Murray* for respondents in No. 131 and petitioners in No. 132. Reported below: 118 F. 2d 684.

No. 149. GREAT NORTHERN RAILWAY Co. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. F. G. Dorety* for petitioner. *Assistant Solicitor General Fahy* for the United States.

No. 188. NATIONAL LABOR RELATIONS BOARD *v.* AUTOMOTIVE MAINTENANCE MACHINERY Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Assistant Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Mr. Charles S. Baker* for respondent.